TONY WEST
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS
Assistant Director
Office of Immigration Litigation, District Court Section
REGAN HILDEBRAND
Trial Attorney, District Court Section
Missouri Bar No. 57438
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3797
Facsimile: (202) 616-8962
Email: Regan.Hildebrand@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION—RIVERSIDE

| | |
|---|---|
| MOSTAFA FARAHANI, | Case No. EDCV11-1222 VAP (OPx) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE FOR DEFENDANTS** |
| JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; ET AL., | |
| Defendants. | |

Representation of all Defendants in the above-titled proceeding will be handled by Regan Hildebrand, Trial Attorney, as counsel of record and whose contact information is as follows:

Regan Hildebrand
Trial Attorney
Missouri Bar No. 57438
U.S. Department of Justice
Office of Immigration Litigation
PO Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 286-2531
Fax: (202) 616-8962
E-mail: Regan.Hildebrand@usdoj.gov

Dated: August 29, 2011                    Respectfully submitted,

                                          TONY WEST
                                          Assistant Attorney General
                                          Civil Division

                                          ELIZABETH J. STEVENS
                                          Assistant Director, District Court Section

                                          s/ Regan Hildebrand
                                          _____

                                          REGAN HILDEBRAND
                                          Missouri Bar Number 57438
                                          Trial Attorney, District Court Section
                                          Office of Immigration Litigation
                                          Civil Division
                                          U.S. Department of Justice
                                          P.O. Box 868, Ben Franklin Station
                                          Washington, DC 20044
                                          Telephone: (202) 305-3797
                                          Fax: (202) 616-8962
                                          E-mail: Regan.Hildebrand@usdoj.gov

                                          Attorney for Defendants

# CERTIFICATE OF SERVICE

Case No. EDCV11-1222 VAP (OPx)

     I hereby certify that on August 29, 2011, true and correct copies of the foregoing document were served pursuant to the district court's ECF electronic filing system to the following parties:

                Todd Eric Gallinger
                Gallinger Law
                20 Truman Street
                Suite 109
                Irvine, CA 92620
                Phone: (949) 862-0010
                Fax: (949) 861-6582
                Email: tgallinger@gallingerlaw.com

                                s/ Regan Hildebrand
                                _____

                REGAN HILDEBRAND
                Missouri Bar Number 57438
                Trial Attorney, District Court Section
                Office of Immigration Litigation
                Civil Division
                U.S. Department of Justice
                P.O. Box 868, Ben Franklin Station
                Washington, DC 20044
                Telephone: (202) 305-3797
                Fax: (202) 616-8962
                E-mail: Regan.Hildebrand@usdoj.gov

                Attorney for Defendants